**IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | | |
|---|---|---|
| **DEMOND GREENWOOD,** | **:** | |
| **Petitioner,** | **:** | |
| **vs.** | **:** | **CIVIL ACTION 07-0087-BH-C** |
| **GWENDOLYN C. MOSLEY,** | **:** | |
| **Respondent.** | **:** | |

**ORDER**

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court.  It is **ORDERED** that this action be and is hereby **TRANSFERRED** to the United States District Court for the Middle District of Alabama.  The Clerk of this Court is hereby directed to take such steps as are necessary to effectuate the transfer.

**DONE** this 9th day of May, 2007.

_____s/ W. B. Hand_____
SENIOR DISTRICT JUDGE